VAHN ALEXANDER (167373)
FARUQI & FARUQI, LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Telephone: (310) 461-1426
Facsimile: (310) 461-1427
Email: valexander@faruqilaw.com

*Attorneys for Plaintiff Andrew Smukler*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKOLAI GRIGORIEV, Derivatively on Behalf of Nominal Defendant AMERICAN APPAREL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOV CHARNEY, ROBERT GREENE, ADRIAN KOWALEWSKI, ALLAN MAYER, KEITH MILLER, NEIL RICHARDSON, MARK SAMSON, and MARK A. THORNTON, <br><br> Defendants, <br><br> -and- <br><br> AMERICAN APPAREL, INC., <br><br> Nominal Defendant. | Case No. 10-CV-6576 GAF (JCx) <br><br> Assigned to Hon. Gary A. Feess <br><br><br> **STIPULATION CONSOLIDATING ACTIONS AND APPOINTING LEAD PLAINTIFFS AND LEAD COUNSEL** |

*[ADDITIONAL CAPTIONS FOLLOW]*

| | |
|---|---|
| ANDREW SMUKLER, Derivatively on Behalf of Nominal Defendant AMERICAN APPAREL, INC., <br><br>       Plaintiff, <br><br>  v. <br><br>DOV CHARNEY, ADRIAN KOWALEWSKI, MARK SAMSON, KEITH MILLER, MARK A. THORNTON, ROBERT GREENE, ALLAN MAYER, NEIL RICHARDSON, <br><br>       Defendants, <br>    -and- <br><br>AMERICAN APPAREL, INC., <br>     Nominal Defendant. | Case No. 10-CV-7518 GAF (JCx) |

WHEREAS, there are presently two shareholder derivative actions pending in this Court, purportedly brought on behalf of American Apparel, Inc. ("American Apparel") against certain of its officers and directors: (1) *Grigoriev v. Charney, et al.*, Case No. 10-CV-6576 GAF (JCx); and (2) *Smukler v. Charney, et al.*, Case No. 10-CV-7518 GAF (JCx) (the "Shareholder Derivative Actions");

WHEREAS, there are presently pending in this Court, before the Honorable Margaret M. Morrow, four putative class actions against American Apparel and certain of its officers: (1) *Andrade v. American Apparel, Inc., et al.*, 10-CV-6352; (2) *Ormsby v. American Apparel, Inc., et al.*, Case No. 10-CV-6513; (3) *Costa v. American Apparel, Inc., et al.*, Case No. 10-CV-6516; and (4) *Childs v. American Apparel, Inc., et al.*, Case No. 10-CV-6680 (the "Securities Class Actions");

WHEREAS, in an effort to assure consistent rulings and decisions and to avoid unnecessary duplication of effort, counsel for plaintiffs in the Shareholder Derivative Actions have met and conferred regarding consolidation and the appointment of lead counsel;

WHEREAS, defendants agree that the cases should be consolidated and take no position with respect to the structure for lead counsel proposed in this stipulation; and

WHEREAS, the parties agree that because the Shareholder Derivative Actions and Securities Class Actions: (1) involve the same or closely related transactions, happenings or events (2) involve substantially related or similar questions of law and fact; and (3) would entail substantial duplication of labor if heard by different judges, assignment of the cases to a single district judge pursuant to Local Rule of Court 83-1.3 is likely to effect a saving of judicial effort and economies;

1. THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that the following actions are related and consolidated pursuant to *Federal Rules of Civil Procedure* Rule 42 for all purposes, including all pre-trial proceedings and trial:

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Grigoriev v. Charney, et al.* | 10-CV-6576 GAF (JCx) | 09/02/2010 |
| *Smukler v. Charney, et al.* | 10-CV-7518 GAF (JCx) | 10/07/2010 |

2. Every pleading filed in the consolidated action, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE AMERICAN APPAREL, INC. SHAREHOLDER DERIVATIVE LITIGATION ) ) ) ) | Lead Case No. 10-CV-6576 |
| This Document Relates To: ) ) | |
| ALL ACTIONS ) ) | |

3. The files of the consolidated action shall be maintained in one file under Master File No. 10-CV-6576.

4. Pursuant to Local Rule of Court 83-1.3, the Shareholder Derivative Actions and Securities Class Actions shall be related before the Honorable Margaret M. Morrow.

5. Defendants have accepted service of the complaints filed in the Shareholder Derivative Actions identified in paragraph 1. The parties agree that defendants shall have no obligation to answer or otherwise respond to these complaints.

6. Plaintiffs in the Shareholder Derivative Actions shall file a Consolidated Complaint (the "Complaint") no later than 30 days after the filing of the consolidated amended complaint in the Securities Class Actions. Defendants shall have 60 days after the filing of the Complaint to answer, move or otherwise respond to the Complaint. If defendants file and serve any motions directed at the Complaint, plaintiffs shall file and serve their response within 60 days after the service of defendants' motion, and defendants shall file their reply within 30 days thereafter. The parties shall work together in good faith to agree on a hearing date, subject to this Court's availability, in the event that defendants file a motion in response to the Complaint.

7. All discovery shall be stayed until the motions to dismiss that defendants currently intend to file in the Securities Class Actions are resolved.

8. Co-Lead Plaintiffs in the consolidated shareholder derivative action shall be Nikolai Grigoriev and Andrew Smukler.

9. Co-Lead Counsel for plaintiffs in the consolidated action shall be:

FARUQI & FARUQI, LLP
1901 Avenue of the Stars, 2nd Floor
Los Angeles, CA 90067
Telephone: (310) 461-1426
Facsimile: (310) 461-1427

-and-

LAW OFFICES OF DOUGLAS J. CAMPION
409 Camino Del Rio South, Suite 303
San Diego, CA 92108
Telephone: (619) 299-2091
Facsimile: (619) 858-0034

10. Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding pre-trial procedure, trial and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

11. Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiffs except through plaintiffs' Co-Lead Counsel.

12. Co-Lead Counsel shall also be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Co-Lead Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

13. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel, and such agreements shall be binding on plaintiffs.

14. This Order shall apply to each derivative case, arising out of the same or substantially the same transactions or events as these cases, which is filed in, removed to or transferred to this Court.

15. When a case which properly belongs as part of *In re American Apparel, Inc. Shareholder Derivative Litigation*, Lead Case No. 10-CV-6576, is hereafter filed in the Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the

1  Court the filing or transfer of any case which might properly be consolidated as
2  part of *In re American Apparel, Inc. Shareholder Derivative Litigation*, Lead Case
3  No. 10-CV-6576, and counsel are to assist in assuring that counsel in subsequent
4  actions receive notice of this Order.

5  DATED:  November 8, 2010                    FARUQI & FARUQI, LLP

6                                                              s/Vahn Alexander
                                                                     Vahn Alexander
7
                                                              1901 Avenue of the Stars, 2nd Floor
8                                                             Los Angeles, CA 90067
                                                              Telephone: (310) 461-1426
9                                                             Facsimile: (310) 461-1427
                                                              Email: valexander@faruqilaw.com
10
                                                              -and-
11
                                                              Nadeem Faruqi
12                                                            Beth A. Keller
                                                              369 Lexington Avenue, 10th Floor
13                                                            New York, NY 10017
                                                              Telephone: (212) 983-9330
14                                                            Facsimile: (212) 983-9331
                                                              Email: nfaruqi@faruqilaw.com
15                                                                       bkeller@faruqilaw.com

16                                                            -and-

17                                                            Sandra G. Smith
                                                              101 Greenwood Avenue, Suite 600
18                                                            Jenkintown, PA 19046
                                                              Telephone: (215) 277-5770
19                                                            Facsimile: (215) 277-5771
                                                              Email: ssmith@faruqilaw.com
20
                                                              LAW OFFICE OF DEBRA S.
21                                                            GOODMAN P.C.
                                                              Debra Goodman
22                                                            1301 Skippack Pike, Suite 7A #133
                                                              Blue Bell, PA 19422
23                                                            Telephone: (610) 277-6057
                                                              Facsimile: (484) 231-1922
24                                                            Email: dg@dsgoodmanlaw.com

25                                                            *Counsel for Plaintiff Andrew Smukler*
26

27

28                                              6

| | | |
|---|---|---|
| 1 | DATED:  November 8, 2010 | LAW OFFICES OF DOUGLAS J. CAMPION |
| 2 | | |
| 3 | |   s/Douglas J. Campion<br>Douglas J. Campion |
| 4 | | 409 Camino Del Rio South |
| 5 | | Suite 303<br>San Diego, CA 92108 |
| 6 | | Telephone: (619) 299-2091<br>Facsimile: (619) 858-0034 |
| 7 | | Email: doug@djcampion.com |
| 8 | | *Counsel for Plaintiff Nikolai Grigoriev* |
| 9 | DATED:  November 8, 2010 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 10 | | |
| 11 | |   s/Harrier S. Posner<br>Harriet S. Posner |
| 12 | | |
| 13 | | Peter B. Morrison<br>Gila D. Jones |
| 14 | | 300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 |
| 15 | | Telephone:  (213) 687-5561<br>Facsimile:  (213) 621-5237 |
| 16 | | Email: harriet.posner@skadden.com<br>peter.morrison@skadden.com<br>gila.jones@skadden.com |
| 17 | | |
| 18 | | *Counsel for American Apparel, Inc.* |

DATED: November 8, 2010

AKIN GUMP STRAUSS HAUER & FELD LLP

   s/Steven Kaufhold
           Steven Kaufhold

580 California Street, Suite 1500
San Francisco, CA 94104-1036
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
Email: skaufhold@akingump.com
             jdiehl@akingump.com

-and-

Douglass Maynard
Jamison Diehl
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1019
Facsimile: (212) 872-1002
Email: dmaynard@akingump.com

*Counsel for Defendants Mark Samson, Keith Miller, Mark A. Thornton, Robert Greene, Allan Mayer and Neil Richardson*

DATED: November 8, 2010

O'MELVENY & MYERS LLP

   s/Seth Aronson
           Seth Aronson

Carolyn Kubota
Amy Longo
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-7486
Facsimile: (213) 430-6407
Email: saronson@omm.com
             ckubota@omm.com
             alongo@omm.com

*Counsel for Defendants Dov Charney and Adrian Kowalewski*

# PROOF OF SERVICE

STATE OF CALIFORNIA            )
                               ) ss.:
COUNTY OF LOS ANGELES          )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1901 Avenue of the Stars, Second Floor, Los Angeles, CA 90067.

On November 8, 2010, I caused the following document(s) to be served described as:

**STIPULATION CONSOLIDATING ACTIONS AND APPOINTING LEAD PLAINTIFFS AND LEAD COUNSEL**

**[PROPOSED] ORDER CONSOLIDATING ACTIONS AND APPOINTING LEAD PLAINTIFFS AND LEAD COUNSEL**

by delivering true copies addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ BY FACSIMILE TRANSMISSION. I caused a facsimile machine transmission from          facsimile machine telephone number (310) 461-1427 to the facsimile machine telephone number(s) listed on the attached Service List. Upon completion of said facsimile machine transmission(s), the transmitting machine issued a transmission report(s) showing the transmission(s) was/were complete and without error.

☐ BY ELECTRONIC SERVICE. I emailed the above document(s) from e-mail address valexander@faruqilaw.com to the respective e-mail addresses listed in the attached service list, from Los Angeles, California.

☒ BY U.S. MAIL. I caused such envelope(s) to be deposited in the mail at New York, New York. The envelope(s) was/were mailed with postage thereon fully prepaid. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at New York, New York in the ordinary course of business.

☐ BY OVERNIGHT MAIL. I caused such envelope(s) to be deposited in the Federal Express repository. I am familiar with the firm's practice of collection and processing *via* Federal Express. Under that practice the package would be deposited in the Federal Express drop box on that same day with postage thereon fully prepaid in the ordinary course of business.

Executed on November 8, 2010, at Los Angeles, California.

                                               s/Vahn Alexander
                                               Vahn Alexander

<u>Service List</u>

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Harriet S. Posner<br>Peter B. Morrison<br>Gila D. Jones<br>300 S. Grand Avenue, Suite 3400<br>Los Angeles, CA 90071 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Steven Kaufhold<br>580 California Street<br>Suite 1500<br>San Francisco, CA 94104 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Douglas Maynard<br>Jamison Diehl<br>One Bryant Park<br>New York, NY 10036 | O'MELVENY & MYERS LLP<br>Seth Aronson<br>Carolyn Kubota<br>Amy Longo<br>400 South Hope Street<br>Los Angeles, CA 90071 |
| LAW OFFICES OF DOUGLAS J. CAMPION<br>Douglas J. Campion<br>409 Camino Del Rio South<br>Suite 303<br>San Diego, CA 92108 | |